Argued 9 January, decided 6 February, 1906.

### STATE *v.* BOLLAM.

84 Pac. 479.

From Multnomah: ARTHUR L. FRAZER, Judge.

This is a prosecution against Frank Bollam for a violation of the act of 1905 relating to the sale of railroad tickets. Defendant appeals from a sentence to pay a fine.

AFFIRMED.

For appellant there was a brief over the names of *Martin L. Pipes*, *Henry E. McGinn* and *John F. Logan*.

For the State there was a brief over the names of *Andrew M. Crawford*, Attorney General, *John Manning*, District Attorney, *Dan J. Malarkey*, *James F. McElroy*, and *Arthur C. Spencer.*

MR. JUSTICE HAILEY delivered the opinion.

This case having been argued and submitted with the case of *State* v. *Thompson*, 47 Or. 492 (84 Pac. 476), upon the authority of that case the judgment of the lower court is affirmed.          AFFIRMED.